# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 28, 2003

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

No. 02-1945

AKEEM AKI-KHUAM,
f/k/a EDWARD EARL WILLIAMS,
    *Petitioner-Appellee,*

   *v.*

CECIL DAVIS, Superintendent,
    *Respondent-Appellant.*

Appeal from the United States
District Court for the Northern District
of Indiana, South Bend Division.

No. 00 C 386

Allen Sharp, *Judge.*

**O R D E R**

This court's opinion dated May 8, 2003 is hereby vacated. A new opinion will issue.